Marquise D Ponder
    Plaintiff
        Vs.

Lt. T. Griffin,
    and JC. Scheiott
        Defendant

In The United States
District Court Fee 2025 Orlando, FL
Case No: _____

Statement of Claim
Complaint For Violation of
Civil Rights Attachment

The underlying facts listed in the above Defendant name of this statement of Claim
is for

1. The alleged basis are for violating my Fourteenth Amendment Right and Section 1983.
    Plaintiff state that on 11-21-2025 after notice of my disciplinary hearing at 9:30am I
then was told by them both that I had to do 20 days with 8 days credit for already severed
and 14 days of my gain time will be taken back that I had earned already for Oct.
The plaintiff also feel it was a form of cruelty and unusal punishment due to the fact
that I have already now been in confinment being deprived of use of phone privileges,
or the right to shower everyday as it's a right to hygine. The plaintiff state I was not
allowed the right to a normal exercise unit, I remained locked in a cell the first week with
another inmate who had covid19 like symthoms for a little over a week. My witnesses
Willam Watts Jr. and inmate Joshua M Batterton DC#A215IB. Plaintiff state that due to more
days remain in confinment I was being deprived of the right to recieve envelopes and stamps
from the law library that's another law violation. I also was being hindered of my right to send
back the complaint violation forms and a fully completed prisoner Consent form and Financial
Certificate that Judge Nathan W Hill asked.

2. The name and address of the plaintiff is Marquise D Ponder Central Florida Reception Center
    7000 Hc Kelly Road Orlando, FL 32831

3. The Amount due or will be due is $760.000 this include 80% tax and 90% intrest fee.
    This Amount is due or will be due on 04/10/2027

4. This claim is contingent on ~~not~~ or not contingent on if contingent the nature of the contingent is on any asset ~~he have~~ they have to put up for a settlement.

5. The Surcurity of the claim ~~was~~ is on the plaintiff request for a leanhold.

I hereby certify that a true copy of the statement of claim has been mailed out ~~to~~ the defendant's on _____

Attorney _____

I sware under otha the statement of claim is true to the best of my knowlege and belief on 11-24-2025

M Pander

In The United States Distric Court For Orlando, FL _____
Clerk

2/2