```
                        FLORIDA DEPARTMENT OF CORRECTIONS      11/21/2025
ISSO158 (14)                    DISCIPLINARY REPORT              PAGE   1
                                HEARING INFORMATION
                                LOG # 320-251093
-------------------------------------------------------------------------
 DC#: J81400    INMATE NAME: PONDER, MARQUISE D.      H1111L INFRACTION
 VIOLATION CODE:  0935    TITLE: E/A PER/BUS REL W/SM   DATE: 11/13/2025
 FACILITY CODE:  320      NAME: CFRC-MAIN               TIME: 09.30
-------------------------------------------------------------------------
               TEAM    FINDINGS AND ACTION   DATE: 11/21/2025, AT: 07.55
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
          INMATE PRESENT: YES
      POSTPONEMENT:
      BASIS FOR DECISION:
           TEAM FINDS INMATE GUILTY, BASED ON THE OFFICERS OBSERVATION
           AND THEIR STATEMENT IN SECTION I, WHICH
           I WAS ASSIGNED AS A SENIOR CLERK AT
           CENTRAL FLORIDA RECEPTION CENTER MAIN UNIT ON 11/13/2025.
           WHILE I WAS CONDUCTING LEGAL MAIL CALLOUTS AT THE MAIN
           UNIT'S CAUSTICS WINDOW AT APPROXIMATELY 0930HRS, INMATE
           PONDER GAVE ME HIS LEGAL PAPERS TO BE MAILED. THEN, INMATE
           PONDER HANDED ME A LETTER WITH HIS NAME(PONDER), PHONE
           NUMBER (404-272-7461), EMAIL ADDRESS
           (PONDERMARQUISE@YAHOO.COM), AND THE STATEMENT, "I WOULD LIKE
           TO LOOK OUT FOR YOU WHEN I SETTLE, I MAY HAVE A JOB FOR YOU
           TOO. THANK YOU!" INMATE WITNESS STATEMENT WAS READ AND
           CONSIDERED. INMATE CALLED FOR NO WITNESSES OR EVIDENCE.
           INMATE WAS INFORMED OF THE GRIEVANCE PROCESS.
           28DC TOTAL.  8AC CREDIT TIME SERVED. 20DC REMAIN  15 LGT.

      ACTIONS TAKEN:
       DISCIPLINARY CONFINEMENT:     28; AC CREDIT DAYS:   8; ADJUSTED DC DAYS:  20
       DC PROBATION DAYS SET:         0; CONCURRENT
       LOSS FUTURE GAIN TM           15; PROBATION DAYS SET:   0             ;

      RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
         COMMENTS:
             15 LGT

      TEAM CHAIRMAN:   MSJ27 - MENSE, STEPHEN
      TEAM MEMBERS:    GTL12 - GRIFFIN,TAMMI              -
-------------------------------------------------------------------------
-------------------------------------------------------------------------
```