Ponder Marquise D Dc: 581400
Central Florida Reception Center, Main Unit
7000 Hc Kelley Rd. Orlando, FL 32831



Mailed From
A Correctional
Facility

US POSTAGE ᴹPITNEY BOWES

ZIP 32831
02 4W
0000386936 DEC. 05 2025
$ 004.44⁰

~~Ponder Marquise D Dc: 581400~~
~~Central Florida Reception center, main unit~~
~~7000 Kelley Rd. Orlando, Florida 32831~~

United States District Court
401 W. Central Blvd., Suit 1200
Orlando, FL 32801

LEGAL MAIL

